# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

SALLIE E. SMITH                                                                       PLAINTIFF

v.                    Case No. 6:18-CV-06002

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 14) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, APPROVED and ADOPTED as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 14th day of February 2019.

                                                             /s/ *Robert T. Dawson*
                                                             **ROBERT T. DAWSON**
                                                             **SENIOR U.S. DISTRICT JUDGE**